POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **Susan Lovelace SBN 160913**<br>**Laquer, Urban, Clifford & Hodge LLP**<br>**200 South Los Robles Avenue Suite 500**<br>**Pasadena, CA 91101**<br>Telephone No.: **(626) 449-1882** Fax No. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: **Lovelace@luch.com**<br>ATTORNEY FOR *(Name)*: **Plaintiff** | |
| **CENTRAL DISTRICT, RIVERSIDE**<br>STREET ADDRESS: 3470 Twelfth St.<br>MAILING ADDRESS: 3470 Twelfth St.<br>CITY AND ZIP CODE: Riverside, CA 92501<br>BRANCH NAME: CENTRAL DISTRICT, RIVERSIDE | |
| PLAINTIFF/PETITIONER: Trustees of the Southern California IBEW-NECA Pension Plan<br>DEFENDANT/RESPONDENT: Herman and Charles, Inc. | CASE NUMBER:<br>5:26-cv-03155-SP |
| **PROOF OF SERVICE SUMMONS** | Ref. No. or File No.:<br>260.0451 |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: ***Summons; Complaint; Notice of Interested Parties; Civil Cover Sheet; Notice of Assignment to U.S. Magistrate Judge***

3. a. Party served *(specify name of party as shown on documents served):*
***Herman and Charles, Inc.***

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
***By Serving Darin Gilstrap, Agent for Service***

4. Address where the party was served: ***9403 E Ave Hesperia, CA 92345***

5. I served the party *(check proper box)*

   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: (2) at:

   b. [x] **by substituted service.** On: **7/14/2026** at: **01:06 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
**TYLER COURVILLE**
**Authorized to Accept**

   (1) [x] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dweling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents: *on:* from: **or** [x] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: | Trustees of the Southern California IBEW-NECA Pension Plan | CASE NUMBER: 5:26-cv-03155-SP |
|---|---|---|
| DEFENDANT/RESPONDENT: | Herman and Charles, Inc. | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on*:* (2) from*:*

(3) with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

(4) to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. **by other means** *(specify means of service and authorizing code section):*

6. The "Notice to the Person Served" (on the summons) was completed as follows: *Not Applicable to Federal Summons

7. **Person who served papers**

a. Name: **Daniel L. Schirmbeck**
b. Address: **1299 Columbia Avenue Suite E-7, Riverside, CA 92507**
c. Telephone number: **951-369-8369**
d. **The fee** for service was: **$207.56**
e. I am:

(1) ☐ not a registered California process server.

(2) exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ a registered California process server:

(i) owner ☐ employee ☒ independent contractor.

(ii) Registration No.: **314**

(iii) County: **San Bernardino**

8. ☒ **I declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JANNEY & JANNEY
LEGAL SUPPORT SERVICE

**Daniel L. Schirmbeck** Date: **07/20/2026**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**Susan Lovelace SBN 160913**<br>**Laquer, Urban, Clifford & Hodge LLP**<br>**200 South Los Robles Avenue Suite 500**<br>**Pasadena, CA 91101**<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>**(626) 449-1882** | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Trustees of the Southern California IBEW-NECA Pension Plan v. Herman and Charles, Inc. | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>5:26-cv-03155-SP |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>260.0451 |

I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

On **07/16/2026** I served the following document(s):

***Summons; Complaint; Notice of Interested Parties; Civil Cover Sheet; Notice of Assignment to U.S. Magistrate Judge***

on the person or entity listed below in accordance with CCP§415.20(a), CCP§415.20(b) or CCP§415.95(a) by placing a true copy thereof in a sealed envelope with postage fully pre-paid for First Class mail with the United States Postal Service.

Mailed from: **Riverside**, California, addressed as follows:

**Herman and Charles, Inc. (Darin Gilstrap - Agent for Service)**
**9403 E Ave Hesperia, CA 92345**

Person completing service:

a. Name: **Jennifer Wallin**
b. Address: **1299 Columbia Avenue Suite E-7, Riverside, CA 92507**
c. Telephone number: **951-369-8369**
d. **The fee** for this service was: **207.56**
e. I am: [X] a registered California process server:
(i) [X] Employee ; (ii) Registration No.: **2280** ; (iii) County: **Riverside**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JANNEY & JANNEY
LEGAL SUPPORT SERVICE

Jennifer Wallin

**Jennifer Wallin** Date: **07/16/2026**